266 So.2d 446

**Mr. & Mrs. William D. REEVES et al.**

**v.**

**The ORLEANS PARISH SCHOOL BOARD, its Individual Members, Dr. Mack J. Spears et al.**

**No. 52769.**

Sept. 28, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.